COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

| | | |
|---|---|---|
| Leonardo Caro Terrazas, Alsemo Parra Castillo, Antonio Bojorquez Rosas, Carlos Arturo Cervantes Hernandez, Cesar Quintana Martinez, Bernanrdo Caro Monges, Ganadera Santa Sofia, Hector Hugo Vargas Vasquez, Interganadera Famflo S. P. R. de R. L. de C. V., Jesus Ignacui Armendariz Torres, Jesus Mendoza Romero, Jesus Manuel Parra Chavez, Jose G. Villalobos Villalobos, Manuel Armando Gonzalez Carmona, Nicolas Caroterraza, Oscar Tena Lozano, Oscar Chacon Herrera, Rafael Ruiz Hernandez, et al, | § § § § § § § § § | No. 08-19-00206-CV<br><br>Appeal from the<br><br>327th District Court<br><br>of El Paso County, Texas<br><br>(TC# 2016DCV4635) |

Appellants,

v.

Simon Chavez, a/k/a Simon Chavez De Pablo, individaully and d/b/a 24 Trading Co., Alvaro Bustillos, and Vaquero Trading, L. L. C.,

Appellees.

§ § § § § § § § § § §

**O R D E R**

On August 2, 2019, Appellants filed a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. Under such circumstances, a motion for extension of time to file the notice of appeal is necessarily implied, provided that the appellant acted in good faith. See Verburgt v. Dorner, 959 S.W.2d 615, 617 (Tex. 1997).

We ordered Appellants to provide a reasonable explanation for the delay. Appellants responded by filing a Verified Motion to Extend Time to File Notice of Appeal providing an explanation for the delay. We find the explanation for the delay is reasonable and that Appellant acted in good faith. As such, the motion for extension of time is GRANTED. The clerk's record and reporter's record are now due on or before September 19, 2019.

IT IS SO ORDERED this 20th day of August, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.